**2009–1948. State v. Sprauer.**
Warren App. No. CA2005–02–022, 2006-Ohio-1146. On motion for leave to file delayed appeal. Motion denied.

**2009–1954. State v. Gibson.**
Cuyahoga App. No. 91793, 2009-Ohio-3883. On motion for leave to file delayed appeal. Motion denied. Request for transcript at state expense denied as moot.
MOYER, C.J., and PFEIFER, J., dissent and would grant the motion and the request.
CUPP, J., dissents and would grant the motion but deny the request.

**2009–1964. State v. Crim.**
Cuyahoga App. No. 93802. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**2009–1985. State v. Thornton.**
Clermont App. No. CA2008–10–092, 2009-Ohio-3685. On motion for leave to file delayed appeal. Motion granted.
MOYER, C.J., and O'CONNOR and O'DONNELL, JJ., dissent.

**2009–2008. Blake v. Home S&L Co.**
Columbiana App. No. 09CO14. On motion for stay of court of appeals' judgment. Motion denied.
O'DONNELL, J., dissents.

**2009–2065. State v. Irwin.**
Columbiana App. No. 07–CO–22, 2009-Ohio-5271. On motion for stay of court of appeals' judgment. Motion denied.
LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2009–1520. State v. Kupay–Zimerman.**
Cuyahoga App. No. 92043, 2009-Ohio-3596.
PFEIFER and O'CONNOR, JJ., dissent.
CUPP, J., not participating.

**2009–1668. Elko v. State.**
Richland App. No. 2008CA0220, 2009-Ohio-4557. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1757. In re Adoption of P.A.C.**
Hamilton App. No. C–081149, 2009-Ohio-4492.
PFEIFER and O'DONNELL, JJ., dissent.

**2009–1811. McGuire v. State.**
Richland App. No. 08 CA 227, 2009-Ohio-4397. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1844. State v. Howard.**
Ross App. No. 08CA3086, 2009-Ohio-4496. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1856. State v. Petralia.**
Lake App. No. 2008–L–095, 2009-Ohio-4450. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, IV, and V; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.